Pro Se 7 2016

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Thomas Foster,

Pro Se,

_____,

Plaintiff(s),

v.

Ryan D. McCarthy,

Secretary,

Department of the Army ,

Defendant(s).

CASE NO. _____ 3:21-cv-05041-TLF
[to be filled in by Clerk's Office]

COMPLAINT FOR EMPLOYMENT
DISCRIMINATION

Jury Trial: ☐ Yes  ☑ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Thomas Foster |
| Street Address | 3129 Bucknell Court, SE |
| City and County | Lacey, Thurston County |
| State and Zip Code | Washington, 98503 |
| Telephone Number | (360) 789-4805 |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 1

Scanned with CamScanner

Pro Se 7 2016

B.    Defendant(s)

    *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

    Defendant No. 1

| | |
|---|---|
| Name | Ryan D. McCarthy |
| Job or Title *(if known)* | Secretary, Dept. of the Army |
| Street Address | 101 Army Pentagon |
| City and County | Washington, D.C., District of Columbia |
| State and Zip Code | Washington, D.C.  20310-0101 |
| Telephone Number | |

    Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

    Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 2

Scanned with CamScanner

Pro Se 7 2016

Defendant No. 4

    Name                  _____

    Job or Title *(if known)*   _____

    Street Address       _____

    City and County      _____

    State and Zip Code   _____

    Telephone Number    _____

C.     Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Department of the Army |
| Street Address | HQ Joint Base Lewis-McChord (JBLM) |
| City and County | 1010 Liggett Ave., Box 339500, MS 1AA Pierce County |
| State and Zip Code | Washington, 98433-9500 |
| Telephone Number | |

## II.    BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 3

Scanned with CamScanner

*Pro Se 7 2016*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.
*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

## 5 U.S.C. 7513 et seq.

☐ Relevant state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

### III.    STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

EEOC erroneously [concurred] with MSPB mixed-case appeal which subjected Plaintiff to

'collateral estoppel' ruling, after Plaintiff was granted Constitutionally corrected new appeal 'status quo ante' for a

second removal and 'dur process' rights by an MSPB 'Final Decision' and 'Cancellation Order'. MSPB Docket No. SF-0752-18-0039-I-1 (June 4, 2018)

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☑ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☑ Retaliation.

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 4

Scanned with CamScanner

Pro Se 7 2016

☐ Other acts *(specify)*: _____

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

September 14, 2018 - Without MSPB Granted New Constitutional Due Process Rights on Second Removal

C.   I believe that defendant(s) *(check one)*:

       ☑ is/are still committing these acts against me.
       ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

       ☐ race _____
       ☐ color _____
       ☐ gender/sex _____
       ☐ religion _____
       ☐ national origin _____
       ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*

       ☐ disability or perceived disability *(specify disability)*
_____

E.   The facts of my case are as follows. Attach additional pages if needed.

The Defendant (JBLM) [re]issued a proposed removal and removed Plaintiff again on the exact same

[Charge] and [Specification(s)] used in Plaintiff's first removal action that was Reversed and then

granted [a] new Constitutionally correct removal rights and return to status quo ante on any second removal

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 5

Scanned with CamScanner

*Pro Se 7 2016*

## IV.   EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

March 5, 2020 - Plaintiff filed EEOC Appeal/Petition (EEOC Form 573)

regarding the referenced MSPB mixed-case appeal and Final Decision of the MSPB

on second removal action, from the first Reversed removal action and new Constitutional rights

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☑   issued a Notice of Right to Sue letter, which I received on *(date)*

December 16, 2020

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Make whole remedy, all costs and expenses to include compensatory

damages as appropriate.  Job reinstatement with back-pay and benefits

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 6

Scanned with CamScanner

Pro Se 7 2016

## VI.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:      01/12/2021

Signature of Plaintiff

Printed Name of Plaintiff   Thomas Foster

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

COMPLAINT FOR EMPLOYMENT DISCRIMINATION - 7

Scanned with CamScanner

3:21-cv-05041-TLF



## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Office of Federal Operations
### P.O. Box 77960
### Washington, DC 20013

Thomas Foster a/k/a
Alfonzo H.[1]
Petitioner,

v.

Ryan D. McCarthy,
Secretary,
Department of the Army,
Agency.

Petition No. 2020003188

MSPB No. SF-0752-19-0031-I-1

### DECISION

On March 5, 2020, Petitioner filed a timely petition with the Equal Employment Opportunity Commission (EEOC or Commission) asking for review of a Final Order issued by the Merit Systems Protection Board (MSPB) concerning his claim of retaliation in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e et seq. For the following reasons, we CONCUR with the MSPB's ultimate decision that Petitioner did not establish that the Agency retaliated against him as alleged.

### BACKGROUND

At the time of events giving rise to this complaint, Petitioner worked as a Lead Firefighter at Agency's Joint Base Lewis-McChord (JBLM) in McChord, Washington.

On December 12, 2016, Petitioner filed an EEO complaint alleging that the Agency discriminated against him on the basis of his age and reprisal when he was not selected for various positions and promotions, amongst other claims.

On April 1, 2017, while at the JBLM Fire Station and in the presence of other employees, Petitioner looked up and randomly shouted in a loud tone, "I didn't realize Jews were so genetically fucked up." One of the employee's present was of the Jewish decent and reported the remark as offensive.

---

[1] This case has been randomly assigned a pseudonym which will replace Petitioner's name when the decision is published to non-parties and the Commission's website.

Scanned with CamScanner

5                                                                                2020003188

Here, Petitioner did not deny making the statement and has repeatedly asserted that he was merely sharing "scientific facts" and not making anti-Semitic or racist comments. For the reasons detailed by MSPB AJ2, we find Petitioner's arguments to be unpersuasive. Regarding the proposed and subsequent removal, MSPB AJ2 determined, and we agree, that the evidence did not demonstrate that management acted with retaliatory intent when he was initially suspended and then subsequently removed. Regarding Petitioner's concerns with collateral estoppel, we find no reason to disturb MSPB AJ2's application of collateral estoppel.

## CONCLUSION

Based upon a thorough review of the record, it is the decision of the Commission to CONCUR with the final decision of the MSPB finding no discrimination.  The Commission finds that the MSPB's decision constitutes a correct interpretation of the laws, rules, regulations, and policies governing this matter and is supported by the evidence in the record as a whole.

## PETITIONER'S RIGHT TO FILE A CIVIL ACTION (W0610)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision.  You have the right to file a civil action in an appropriate United States District Court, based on the decision of the Merit Systems Protection Board, **within thirty (30) calendar days** of the date that you receive this decision.  If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by his or her full name and official title.  Failure to do so may result in the dismissal of your case in court.  "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

## RIGHT TO REQUEST COUNSEL (Z0815)

If you want to file a civil action but cannot pay the fees, costs, or security to do so, you may request permission from the court to proceed with the civil action without paying these fees or costs. Similarly, if you cannot afford an attorney to represent you in the civil action, you may request the court to appoint an attorney for you. **You must submit the requests for waiver of court costs or appointment of an attorney directly to the court, not the Commission.** The court has the sole discretion to grant or deny these types of requests.

6                                                                                                    2020003188

Such requests do not alter the time limits for filing a civil action (please read the paragraph titled Petitioner's Right to File a Civil Action for the specific time limits).

FOR THE COMMISSION:

Carlton M. Hadden, Director
Office of Federal Operations

December 16, 2020
Date

7                                                                    2020003188

## CERTIFICATE OF MAILING

For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was made available to the parties. I certify that on the date below this decision was provided to the following recipients via the means identified for each recipient:

Thomas Foster
3129 Bucknell Court SE
Lacey, WA 98503
Via U.S. Mail

Brook L. Beesley
PO Box 521
Alameda, CA 94501
Via U.S. Mail

Department of the Army
Director, EEO Compliance and Complaints Review, (EEOCCR)
ATTN: SAMR-EO-CCR (Spurgeon A. Moore)
Via FedSEP

William D. Spencer
Clerk of the Board
Merit Systems Protection Board
1615 M Street, NW
Washington, DC 20419
Via U.S. Mail

December 16, 2020
Date

Compliance and Control Division